IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| MATTHEW BRYSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:22-CV-391 |
| | ) | |
| GDH CONSULTING, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER AND JUDGMENT

The Recommendation of the United States Magistrate Judge was filed in accordance with 28 U.S.C. § 636(b) and the Clerk served the recommendation on the plaintiff. No objections were filed. After consideration of the record, the Court hereby adopts the Magistrate Judge's Recommendation.

It is **ORDERED AND ADJUDGED** that this action is dismissed without prejudice for failure to prosecute and failure to comply with the Court's Orders, based on the plaintiff's failure to submit the filing fee or an Application to Proceed in Forma Pauperis, and his failure to otherwise respond to the Court's Orders.

This the 7th day of March, 2023.

_____
UNITED STATES DISTRICT JUDGE